UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD,<br><br>        Plaintiff,<br><br>  v.<br><br>G. MARSHALL,<br><br>        Defendant. | NO. CV 15-8079-DDP (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Defendants motion for summary judgment is granted and Judgment is entered dismissing this action for failure to exhaust remedies.

DATED: 11-8-18

                                  DEAN D. PREGERSON
                                  United States District Judge